Case 4:15-cv-00728-A Document 25 Filed 07/06/16 Page 1 of 2 PageID 465



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SANJUANITA CASTILLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-728-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Sanjuanita Castillo is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits. On June 17, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until July 1, 2016, in which to file and serve any written objections thereto. No objections were filed.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed on December 4, 2012, plaintiff, Sanjuanita Castillo, is not disabled under section 216(i) or 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED July 6, 2016.

_____
JOHN McBRYDE
United States District Judge